**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**BOBBIE E. BOYD**                                                                            **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO : 3:11CV97-MPM-DAS**

**COMMISSIONER OF SSA**                                                 **DEFENDANT**

**ORDER**

On May 8, 2012, the Magistrate Judge issued a Report and Recommendation in the above-entitled action, recommending that the motion to dismiss filed by defendant be granted. In so recommending, the Magistrate Judge wrote as follows:

> The 'complaint' in this action fails to state a claim. The plaintiff has been given an opportunity to cure the deficiencies in her pleadings, but has failed to make any effort to do so. She has failed to respond to the show cause order. The undersigned therefore recommends that this action be dismissed for failure to state a claim, failure to prosecute and failure to comply with the orders of the court.

In spite of being given additional time to file an objection to this Report and Recommendation, the plaintiff has failed to do so. Having reviewed the record and the submissions of the parties, the court agrees with the Magistrate Judge that this case is due to be dismissed for failure to state a claim, failure to prosecute and failure to comply with the orders of the court.

It is therefore ordered that defendant's motion [8-1] to dismiss is granted.

A separate judgment will be entered this date, pursuant to Fed. R. Civ. P. 58.

So ordered, this the 28th day of November, 2012.

                                                                       **/s/ MICHAEL P. MILLS**
                                                                       **CHIEF JUDGE**
                                                                       **UNITED STATES DISTRICT COURT**
                                                                       **NORTHERN DISTRICT OF MISSISSIPPI**